**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7119**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    v.

ANDRE RICARDO DAVIS, a/k/a Bones,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:99-cr-70054-NKM-4)

———————

Submitted:  September 24, 2013      Decided:  September 27, 2013

———————

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Andre Ricardo Davis, Appellant Pro Se.  Daniel P. Bubar, OFFICE OF THE UNITED STATES ATTORNEY, Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Ricardo Davis appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Davis, 6:99-cr-70054-NKM-4 (W.D. Va. June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED